IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                Plaintiff,     :     Case No. 3:09-cr-146

                                            District Judge Thomas M. Rose
- vs -                            Magistrate Judge Michael R. Merz

RONALD GARRETT,

                Defendant.     :

## STAY ORDER

This § 2255 case is before the Court on the United States' Amended Motion to Hold Case in Abeyance (ECF No. 99). Defendant has no objection and the Motion is well taken. . *In re: Embry*, ___ F.3d ___, 2016 U.S. App. LEXIS 13798 (6th Cir. July 29, 2016); *In re: Patrick*, ___ F.3d ___, 2016 U.S. App. 14878 (6th Cir. Aug. 12, 2016).

Accordingly, the Report and Recommendations (ECF No. 93) are WITHDRAWN and further proceedings in this case are STAYED pending a decision by the United States Supreme Court in *Beckles v. United States,* Case No. 15-8544, cert. granted, 2016 U.S. LEXIS 4142 (June 27, 2016).

August 22, 2016.

                                                            s/ *Michael R. Merz*
                                                  United States Magistrate Judge